IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALRED CONCHA | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 13-5709 |
| | : | |
| PERFECSEAL, INC., ET AL. | : | |

## ORDER

This 15th day of September, 2014, it is hereby **ORDERED** that the Motion to Dismiss of Defendant Bemis Company, Inc. is **DENIED.**

    /s/ Gerald Austin McHugh
United States District Court Judge